ACCEPTED
01-15-00266-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 3:30:23 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00266-CV

IN THE FIRST COURT OF APPEALS HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/10/2015 3:30:23 PM

CHRISTOPHER A. PRINE
Clerk

UNOCAL PIPELINE COMPANY
*Appellant,*

v.

BP PIPELINES (ALASKA) INC., ET AL.
*Appellees*

APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

GIBBS & BRUNS, L.L.P.
Mark A. Giugliano
mgiugliano@gibbsbruns.com
TBA No. 24012702
Anthony N. Kaim
akaim@gibbsbruns.com
TBA No. 24065532
J. Benjamin Bireley
bbireley@gibbsbruns.com
TBA No. 24076086
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

ATTORNEYS FOR APPELLANT,
UNOCAL PIPELINE COMPANY

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellant Unocal Pipeline Company ("Unocal") files this Unopposed Motion for Extension of Time to File Appellant's Brief, and would respectfully show the Court as follows:

**A.     The Present Deadline**

The record in this case was filed on May 19, 2015.  Under the Texas Rules of Appellate Procedure, the brief for Appellants is due to be filed on or before June 18, 2015.  *See* TEX. R. APP. P. 38.6(a).

**B.     The Length of the Extension Sought**

Appellant seeks a thirty (30) day extension of time in which to file its brief. Specifically, Appellant requests an extension from June 18, 2015 through and including July 20, 2015, to file its brief.

**C.     Number of Previous Extensions Granted**

This is the first extension Appellant has requested with respect to its brief.

**D.     Facts Explaining the Needed Extensions**

Appellant seeks an extension of time to file its brief for the following reasons.  First, Appellant's brief involves two summary judgment rulings on separate causes of action and evidentiary rulings, which were extensively briefed and argued separately at the trial court.  One of the rulings at issue was the subject of cross motions and the briefing included responses, replies, and sur-replies.

Accordingly, briefing both of these rulings in Appellant's brief has resulted in the need for additional time.

Second, Appellant's counsel has unavoidable professional scheduling conflicts which interfere with the ability of Appellant to meet the present filing deadline. The primary drafter of Appellant's brief is involved in a matter that has numerous depositions scheduled per week in June.

Appellant has attempted to complete the brief by the present deadline, but the above-noted conflicts and the numerous issues to be briefed make it impossible to do so. This request is made not for improper purposes of delay, but so that justice may be done.

Counsel for Appellees is not opposed to the requested extension.

WHEREFORE, Appellant Unocal Pipeline Company respectfully requests that the Court grant this Unopposed Motion for Extension of Time to File its Brief and extend the time for Appellant to file its brief from June 18, 2015 through and including July 20, 2015.

Respectfully submitted,

**GIBBS & BRUNS, LLP**

By:  /s/ *Mark A. Giugliano*
     Mark A. Giugliano
     mgiugliano@gibbsbruns.com
     TBA No. 24012702
     Anthony N. Kaim
     akaim@gibbsbruns.com

TBA No. 24065532
J. Benjamin Bireley
bbireley@gibbsbruns.com
TBA No. 24076086
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile:  (713) 750-0903

**ATTORNEYS FOR APPELLANT,
UNOCAL PIPELINE COMPANY**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellees, Michael V. Powell, who has indicated that Appellees are unopposed to the relief requested in this motion.

*/s/ Mark A. Giugliano*
Mark A. Giugliano

## CERTIFICATE OF SERVICE

I certify that on the 10th day of June, 2015 I served a copy of the foregoing document upon the following attorneys of record via e-mail:

Michael V. Powell
Elizabeth L. Tiblets
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Fax: (214) 756-8520
mpowell@lockelord.com
etiblets@lockelord.com

Steven G. Reed
Lara E. Romansic
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Fax: (202) 429-3902
sreed@steptoe.com
lromansic@steptoe.com

*/s/ Mark A. Giugliano*
Mark A. Giugliano